| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Nanette D. Sanders (CA Bar No. 120169)<br>nanette@ringstadlaw.com<br>Ringstad & Sanders LLP<br>4910 Birch St.,Suite 120, Newport Beach, CA 92660<br>Telephone: 949-851-7450  Fax: 949-851-6926<br><br>Walter J. Mathews (FL Bar No. 0174319)<br>wjm@mathewsllp.com<br>Mathews Giberson LLP<br>219 Davie Blvd., Fort Lauderdale, FL 33315<br>Telephone: 954-463-1929  Fax: 954-653-6963<br><br>*Attorney for:* Karen Sue Naylor, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>JOHN STEPHEN HOLMES,<br><br><br><br><br><br>Debtor(s). | CASE NO.:8:20-bk-10174 SC<br>ADVERSARY NO.:8:22-ap-01097 SC<br>CHAPTER: 7 |
|---|---|
| KAREN SUE NAYLOR, CHAPTER 7 TRUSTEE,<br><br>Plaintiff(s).<br>vs.<br><br>SHIFTPIXY, INC.<br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Walter J. Mathews_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

    Karen Sue Naylor, Chapter 7 Trustee

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 1    F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   Mathews Giberson LLP, 219 Davie Boulevard, Fort Lauderdale, FL 33315

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   Florida (5/16/1999); U.S. District Court, Southern District of Florida (1/14/2000).

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):

   Nanette D. Sanders

   Name and address of law firm, or residence address:

   Ringstad & Sanders LLP
   4910 Birch Street, Suite 120
   Newport Beach, CA 92660

   Telephone number of law firm: 949-851-7450

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 09/28/2022

Signature of applicant

Walter J. Mathews
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 11/09/2022

Signature of Designee

Nanette D. Sanders
Printed name of Designee

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 3    F 2090-1.2.APP.NONRES.ATTY

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Walter Mathews
**Firm Name:** Mathews Giberson LLP
**Bankruptcy Case Number or Adversary Proceeding Case Number:** 8:20-bk-10174 SC
**Party Name:** In re: JOHN STEPHEN HOLMES

**Tracking Number:** PHV-220928-000-0117
**Pay.gov Tracking ID:** 271QP82B
**Amount:** $500
**Date:** 9/28/2022

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you print this page for your records.

**For assistance, please contact:**

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court Facilities | Payment | Lawyer Representatives | |
| | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| Statistical Reports | Security | | |
| | Employer Information | Attorney Workroom Copier Password Request | |
| | Checking Status / Confirming Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4910 Birch Street, Suite 120, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/09/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Karen S Naylor (TR)    alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/09/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery: Honorable Scott C. Clarkson, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 5130 / Courtroom 5C/Bin beside 5th Floor Elevators, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/09/2022 | Arlene Martin | /s/ Arlene Martin |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.