| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nanette D. Sanders (CA Bar No. 120169)<br>nanette@ringstadlaw.com<br>Ringstad & Sanders LLP<br>4910 Birch Street, Suite 120<br>Newport Beach, CA 92660<br>Telephone: 949-851-7450<br>Facsimile: 949-851-6926<br><br>Walter J. Mathews (FL Bar No. 0174319)<br>wjm@mathewsllp.com<br>Mathews Giberson LLP<br>219 Davie Boulevard<br>Fort Lauderdale, FL 33315<br>Telephone: 954-463-1929<br>Facsimile: 954-653-6963<br><br>☒ *Attorney for*: Karen Sue Naylor, Chapter 7 Trustee | **FILED & ENTERED**<br><br>NOV 09 2022<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte      **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION**

| In re:<br><br>JOHN STEPHEN HOLMES,<br><br>                                             Debtor(s)<br>_____<br>KAREN SUE NAYLOR, CHAPTER 7 TRUSTEE,<br>                                             Plaintiff(s)<br>vs.<br>SHIFTPIXY, INC.<br><br>                                             Defendant(s) | CASE NO.: 8:20-bk-10174 SC<br>CHAPTER: 7<br>ADVERSARY NO.: 8:22-ap-01097 SC<br><br>**ORDER ON APPLICATION OF<br>NON-RESIDENT ATTORNEY TO APPEAR IN A<br>SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Walter J. Mathews

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

Date: November 9, 2022

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                              F 2090-1.2.ORDER.NONRES.ATTY